IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIETRICH & ASSOCIATES, INC.,<br>　　　　*Plaintiff,*<br><br>　　v.<br><br>JOHN R. NEISON, et al.,<br>　　　　*Defendants.* | CIVIL ACTION<br>NO. 18-5034 |

## ORDER

**AND NOW**, this 26th day of June, 2020, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 21) and Concise Statement of Material Facts (ECF No. 31); Plaintiff's Response (ECF No. 23) and Concise Statement of Material Facts (ECF No. 35); Defendants' Reply (ECF No. 25) and supplemental briefs by Defendants (ECF No. 32) and Plaintiff (ECF No. 33) and following oral argument with counsel for the parties (ECF No. 28), it is **ORDERED** that Defendants motion is **GRANTED** only with respect Count V of Plaintiff's Complaint and is **DENIED** in all other respects.  Plaintiff's claims for unfair competition are **DISMISSED**.

　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　*/s/ Gerald J. Pappert*
　　　　　　　　　　　　　　　　　　　GERALD J. PAPPERT, J.